FILED
United States Court of Appeals
Tenth Circuit

February 11, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

JOHN DOE, et al.,

    Plaintiffs - Appellants,

v.

PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado, et al.,

    Defendants - Appellees.

No. 25-1037
(D.C. No. 1:24-CV-02185-CNS-SBP)
(D. Colo.)

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

    This matter is before the court on the Doe Appellants' *Renewed Motion to Expedite Appeal*. (Dkt. No. 10.) We also have before us responses in opposition to the *Motion* from the School District (Dkt. No. 23) and the State Appellees (Dkt. No. 28), as well as a reply in support of the *Motion* from the Doe Appellants. (Dkt. No. 29.)

    The *Motion* sought an expedited briefing schedule. For the first time on reply, it appears that the Doe Appellants might also be asking the court to expedite oral argument in this matter.

    Upon consideration, we deny the *Motion*, including to the extent it asks us to expedite oral argument in this matter. Doe Appellants filed their opening brief and appendix on February 4, 2025. (Dkt. Nos. 17, 21.) Thereafter, the court set appellees'

response brief(s) due on March 7, 2025. (Dkt. No. 22.) The response brief(s) remain due on March 7, 2025. And oral argument in this appeal—to the extent the court directs the parties to present oral argument—will be set in due course.

                                           Entered for the Court

                                           CHRISTOPHER M. WOLPERT, Clerk